JAMES J. WALSH, Respondent, *v.* CHARLES A. JUDGE et al., Defendants, and ALEX KELSO et al., Appellants.

(Submitted January 8, 1934; decided January 16, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 136.)

DAMPSKIBS AKTIESELSKABET ELDRID, INC., Respondent, *v.* GUISIPPINA PARASCANDOLA, as Administratrix of the Estate of JOSEPH AUDITORE, Deceased, Appellant, Impleaded with Another.

(Submitted January 8, 1934; decided January 16, 1934.)

*Edgar R. Kraetzer* for motion to dismiss appeal and in opposition to motion for leave to appeal.

*Edward H. Wilson* in opposition to motion to dismiss appeal and for motion for leave to appeal.

Motion to dismiss appeal denied.

Motion for leave to appeal denied, without costs, as unnecessary.